UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00036 |
| | ) | JUDGE CAMPBELL |
| DAVID LEE HILL | ) | |

ORDER

Pending before the Court is a Motion To Dismiss Indictment And Memorandum Of Law (Docket No. 63), filed by the Defendant, pro se. The Motion is DENIED, without prejudice to being re-filed by counsel of record.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

1